## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

CYNTHIA LAVERNA TURNER,       *

                              *

          Plaintiff,         *

      v.                  *     Civil Action No. 1: 21-cv-00711-GMH

                              *

                              *

KILOLO KIJAKAZI,            *

Acting Commissioner of Social Security,   *

                              *

         Defendant.      *

                        * * * * * * *

## ORDER

      UPON CONSIDERATION of the Defendant's Motion to Remand and the entire record in this case, it is by the Court this __7__ day of _____December_____, 2021, hereby

      ORDERED that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Commissioner will remand the claim to an administrative law judge to hold a new hearing and issue a new decision; and it is further

      ORDERED that this is a final order.

_December 7, 2021_____

Date

                _____

                G. MICHAEL HARVEY

                UNITED STATES MAGISTRATE JUDGE